**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| JOHN DOE, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO. **2:21-cv-364** |
| | * | |
| v. | * | |
| | * | |
| THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND, d/b/a TULANE UNIVERSITY, | * * * | **UNOPPOSED EX-PARTE MOTION TO CONTINUE TRIAL AND ALL UNEXPIRED CUTOFF DATES** |
| Defendant. | * * | |

\* \* \* \* \* \* \* \*

Plaintiff, John Doe respectfully moves this Honorable Court for an Order granting a continuance of the trial and all unexpired cutoff dates.

**Basis of Request**

Plaintiff respectfully requests to amend the Scheduling Order dated September 27, 2021, to provide for a continuance of the trial date and all unexpired cutoff dates. In compliance with Local Rule 7.3, the undersigned certifies that: (i) pursuant to the Scheduling Order entered in this matter the parties are required to complete discovery no later than September 8, 2022; (ii) the lead attorney on this matter, Adrienne Levy, Esq. left the firm in March 2022. Thereafter, Cindy Singh, Esq. was working on this matter, but she too left the firm unexpectedly. Subsequently, this matter was assigned to Amy J. Zamir, Esq. and time was needed for Ms. Zamir to became fully familiar with the case; (iii) the parties have engaged in written discovery and have met and conferred concerning discovery demands. Both parties timely filed served their list of witnesses and list of Exhibits. Plaintiff served its Report of Expert Witness on August 12, 2022. To date, party depositions remain outstanding, and the parties have agreed to work together to schedule depositions upon resolution of outstanding written discovery issues. It is anticipated that no less

than six (6) depositions will be taken collectively; (iv) this is Plaintiff's first request for extension of time to modify the Scheduling Order and to continue the trial date and all unexpired cutoff dates; and (iv) counsel for Defendant has been consulted and agrees to the relief sought herein.

Plaintiff respectfully requests that this Court consider this Motion on an expedited basis.

As such, Plaintiff respectfully requests that the Court enter an Order granting this Motion and the requested relief. A proposed Order accompanies this Motion, as contemplated by Local Rules 7.3.

Dated: New York, New York
August 18, 2022

Respectfully submitted,
NESENOFF & MILTENBERG, LLP

*/s/ Amy J. Zamir*
Andrew T. Miltenberg, Esq.
Amy J. Zamir, Esq.
363 Seventh Avenue, Fifth Floor
New York, New York 10001
(212) 736-4500
amiltenberg@nmllplaw.com
azamir@nmllplaw.com

-and-

SCHONEKAS, EVANS, MCGOEY & MCEACHIN, LLC

*/s/ Ellie T. Schilling*
Ellie T. Schilling, Esq., 33358
Ian L. Atkinson, Esq., 31605
909 Poydras Street, Suite 1600
New Orleans, Louisiana 70112
(504) 680-6051
ellie@semmlaw.com
ian@semmlaw.com

## **CERTIFICATE OF SERVICE**

  I, Amy Zamir, hereby certify that on this 18th day of August, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                 */s/ Amy J. Zamir*
                 Amy J. Zamir