```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

**JOHN DOE**                                                    **CIVIL ACTION**

**VERSUS**                                                      **NO. 21-364**

**THE ADMINISTRATORS OF THE**                                   **SECTION "B"(1)**
**TULANE EDUCATIONAL FUND,**
**d/b/a TULANE UNIVERSITY**

<u>ORDER</u>

Considering plaintiff's unopposed motion to continue the trial date and all deadlines (Rec. Doc. 37), filed on August 18, 2022,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, continuing the jury trial scheduled for October 24, 2022, the pretrial conference scheduled for October 6, 2022, and all pretrial deadlines; and

**IT IS FURTHER ORDERED** that a scheduling conference shall be held before the Case Manager Dena White on <u>**Thursday, September 8, 2022, at 9:30 a.m.**</u> Parties shall call in for the teleconference using phone number **(888) 278-0296 and access code 6243426.**

New Orleans, Louisiana this 22nd day of August, 2022

                                        SENIOR UNITED STATES DISTRICT JUDGE